IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
IRIS M. VELEZ-CARBONELL
Defendant

CRIMINAL 12-0576CCC

**ORDER**

Having considered the Report and Recommendation filed on January 24, 2013 (**docket entry 47**) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Camille L. Vélez-Rivé on January 18, 2013, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 18, 2013. **The sentencing hearing is set for April 23, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on February 15, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge